UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sal Toronto, <br><br> Plaintiff(s) <br> v. <br><br> Benjamin Silbermann, et al., <br><br> Defendant(s) | CASE No C 20-09390-WHA <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 11, 2021          s/ Sal Toronto*
                                                Party

Date: February 11, 2021          s/ Francis A. Bottini, Jr.
                                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: February 11, 2021          s/ Francis A. Bottini, Jr.
                                                Attorney

*I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a conformed (s/) signature within this e-filed document.

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019